UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ AUG 10 2018 ★

BROOKLYN OFFICE

-------------------------------------------------------------------------x

Nachman Moskowitz,

    Plaintiffs,

v.

Nationwide Credit Inc

    Defendants,

1:18-cv-01138-SJ-RML

-------------------------------------------------------------------------x

### NOTICE OF VOLUNATARY DISMISSAL BY THE PLAINTIFF AGAINST DEFENDANT PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and as the Defendant has neither answered the operative complaint nor moved for summary judgment, undersigned counsel on behalf of the Plaintiff hereby voluntarily dismisses the pending action without prejudice.

Dated: Brooklyn, New York
       August 8, 2018

Respectfully submitted,

LAW OFFICES OF DAVID PALACE

By: /s/ David Palace
383 Kingston Ave, #113
Brooklyn, NY 11213
Tel: (347) 651-1077
Fax: (347) 464-0012

*Attorneys for Plaintiff*

SO ORDERED
on this __9th__ day of __August__ 20 __18__
/s/(SJ)
STERLING JOHNSON, JR., SENIOR U.S.D.J.